### IN THE UNITED STATES DISTRICT COURT
### FOR THE EASTERN DISTRICT OF TEXAS
### SHERMAN DIVISION

| | | |
|---|---|---|
| **AMY DURAN AND GEOFF DURAN** | § | |
| *Plaintiffs,* | § | |
| | § | |
| **v.** | § | **CIVIL ACTION NO.: 4:23-cv-76-SDJ** |
| | § | |
| **AMERICAN FAMILY CONNECT** | § | |
| **PROPERTY & CASUALTY** | § | |
| **INSURANCE COMPANY** | § | |
| *Defendant.* | § | |

## THE PARTIES' JOINT STIPULATION OF DISMISSAL

**TO THE HONORABLE U.S. DISTRICT COURT JUDGE SEAN D. JORDAN:**

COME NOW Plaintiffs, Amy Duran and Geoff Duran (**"Plaintiffs"**), and Defendant, American Family Connect Property and Casualty Insurance Company (**"Defendant"**), and state that all matters in controversy between the Parties in the above-entitled lawsuit have been resolved and a settlement has been reached. Therefore, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiffs and Defendant hereby jointly file this stipulation of dismissal **WITH PREJUDICE**, which is signed by all parties who have appeared in the above-entitled lawsuit. *See* FED. R. CIV. P. 41(a)(1)(A)(ii).

Accordingly, Plaintiffs and Defendant request that the Court enter a Final Judgment in this lawsuit. A proposed Final Judgment is attached hereto.

Respectfully submitted,

**HOSSLEY EMBRY, LLP**
14241 Dallas Parkway, Suite 240
Dallas, Texas 75254
Telephone: 214-390-2349

By:    */s/ Christopher P. Peirce w/ permission*
       Christopher P. Peirce
       State Bar No. 24041509
       cpeirce@hossleyembry.com

**HOSSLEY EMBRY, LLP**
515 South Vine Avenue
Tyler, Texas 75702
Telephone: 903-526-1772
Facsimile: 903-526-1773

       Jeffrey T. Embry
       State Bar No. 24002052
       Margaret C. Pennell
       State Bar No. 24116893
       jeff@hossleyembry.com
       meg@hossleyembry.com

**ATTORNEYS FOR PLAINTIFFS**

**GERMER BEAMAN & BROWN PLLC**
One Barton Skyway
1501 South Mopac Expressway, Suite A400
Austin, Texas 78746
(512) 472-0288
(512) 472-0721 Fax

By:    _____
       Ryan C. Bueche
       State Bar No. 24064970
       rbueche@germer-austin.com

**ATTORNEY FOR DEFENDANT**